UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. COOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ANTIOCH, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01370-PJH<br><br>**ORDER REOPENING CASE**<br><br>Re: Dkt. No. 18 |

　　Plaintiff, a detainee, filed a pro se civil rights action that was dismissed with leave to amend. Plaintiff failed to file an amended complaint, and the case was closed on July 23, 2019. Plaintiff has now filed an amended complaint and a motion to reopen the case. Plaintiff's motion (Docket No. 18) is **GRANTED** and the order dismissing the case (Docket No. 15) is **VACATED** and this case is **REOPENED**. The court will review the amended complaint in due course.

　　**IT IS SO ORDERED.**

Dated: August 8, 2019

PHYLLIS J. HAMILTON
United States District Judge