UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID L. COOK,

    Plaintiff,

v.

MARCOS TORRES, et al.,

    Defendants.

Case No. 19-cv-01370-PJH

**ORDER OF SERVICE**

Re: Dkt. Nos. 56, 58

    Plaintiff, a former detainee, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that he was improperly arrested and detained on multiple occasions. This action continues on the second amended complaint (Docket No. 24). Plaintiff has filed a motion to amend seeking to add several defendants to the existing claims. Plaintiff states that Antioch Police dispatch officers Jennifer Lee, Carrie Moore and Elizabeth Scott provided false information to the other defendant police officers regarding plaintiff's probation status. Plaintiff's motion to amend is granted and these three defendants are added to this action.

    The court will order service of these new defendants. Counsel for the Antioch Police Department defendants shall inform the court within fourteen days if they can help facilitate service of these new defendants in order to prevent an undue delay in this case.

    Plaintiff has again requested subpoenas. The court will send plaintiff two document subpoena forms (subpoena duces tecum) and plaintiff may choose to use them. If he uses them, plaintiff should fill out the subpoenas and **return them to the court** so that the clerk may issue the subpoena and the United States Marshal may serve it on the subpoenaed party. Plaintiff needs to fill in all of the necessary information but

must leave the signature line blank so that the clerk may sign it.  This is because as a pro se litigant, plaintiff needs the court's clerk to issue a subpoena.  Fed. R. Civ. P. 45(a)(3).

For the foregoing reasons:

1. Plaintiff's motion (Docket No. 56) is **GRANTED**.  The clerk shall **SEND** plaintiff two document subpoena forms (subpoena duces tecum).

2. Plaintiff's motion to amend (Docket No. 58) is **GRANTED**.  The clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, copies of the amended complaint (Docket Nos. 24, 58) with attachments and copies of this order on the following defendant dispatch officers at the Antioch Police Department: Jennifer Lee, Carrie Moore and Elizabeth Scott, #5299.  All other aspects of the original order of service (Docket No. 26) remain in effect.

3. Counsel for the Antioch Police Department defendants shall inform the court within **fourteen days** if they can help facilitate service of these new defendants in order to prevent an undue delay in this case.

**IT IS SO ORDERED.**

Dated:  12/11/2020

_____
PHYLLIS J. HAMILTON
United States District Judge