UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCOS TORRES,<br><br>        Defendant. | Case No. 19-cv-01370-PJH<br><br>**ORDER** |

Plaintiff proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff's appointed counsel recently withdrew, and plaintiff is again proceeding pro se. It is not clear whether plaintiff is presently in custody.

The court having granted counsel's motion to withdraw, the hearing on that motion scheduled for September 22, 2022, is **VACATED**. Plaintiff is advised that the following pretrial schedule remains in effect:

- Non-Expert Discovery Cutoff: 2/15/2023
- Expert Disclosure:		3/1/2023 – Rebuttal: 4/1/2023
- Expert Discovery Cutoff:	5/1/2023
- Filing of Dispositive Motions:	6/1/2023

The parties may meet and confer and submit a stipulation if they want to change these dates. The parties are also reminded that the case has been referred for a settlement conference and a status conference is scheduled for October 11, 2022, at 10:00 AM with Magistrate Judge Robert M. Illman.

**IT IS SO ORDERED.**

Dated: September 13, 2022

                                                                            /s/ Phyllis J. Hamilton
                                                                            PHYLLIS J. HAMILTON
                                                                             United States District Judge