UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCOS TORRES,<br><br>        Defendant. | Case No. 19-cv-01370-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 184, 187 |

Plaintiff is a detainee proceeding pro se in this civil rights action under 42 U.S.C. § 1983.  Defendant indicated that a settlement had been reached and the parties have now filed a joint stipulation for voluntary dismissal with prejudice.  Docket No. 187.  The request (Docket No. 187) is **GRANTED,** and this action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41.  Plaintiff's motion for an update (Docket No. 184) is **GRANTED** and the clerk is requested to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: March 6, 2023

                                                        */s/ Phyllis J. Hamilton*
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge